Decided July 6, 2006

### STATE OF CONNECTICUT *v.* ERIC ALVAREZ

The defendant's petition for certification for appeal from the Appellate Court, 95 Conn. App. 539 (AC 26478), is denied.

*Katherine C. Essington*, special public defender, in support of the petition.

*Sarah Hanna,* special deputy assistant state's attorney, in opposition.

Decided July 6, 2006

The defendant's petition for certification for appeal from the Appellate Court, 94 Conn. App. 655 (AC 26137), is denied.